**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **VICTOR H. MASEDA** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1148 (PLF) |
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY** | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF DISMISSAL**

Plaintiff Victor A. Maseda, by and through his undersigned attorney, hereby submits this Notice of Dismissal and respectfully requests that this Court dismiss the above-captioned case, without prejudice, pursuant to Federal Civil Rule 41(a)(1)(i).

Respectfully submitted,

_____
Camilla C. McKinney
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934 (telephone)
(202) 517-9111 (facsimile)
*Attorney for Plaintiff Victor H. Maseda*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **VICTOR H. MASEDA** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1148 |
| | ) | (PLF) |
| **NORTHROP GRUMMAN INFORMATION TECHNOLOGY** | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Notice of Dismissal, and the entire record herein, it is hereby ORDERED that Plaintiff's Notice of Dismissal pursuant to Federal Civil Rule 41(a)(1)(i) is hereby GRANTED; and

FURTHER ORDERED that this case shall be dismissed without prejudice.

It is so ORDERED this _____ day of _____, 2005.

_____
United States Judge